AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

USA

APPEARANCE

v.

Victor Omutehinse

CASE NUMBER: CR05-84L

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Mr. Omutehinse

I certify that I am admitted to practice in this court.

7-15-05
*Date*

[signature]
*Signature*

K.J. Fitzgerald 5775
*Print Name* *Bar Number*

10 Weybosset St.
*Address*

Prov RI 02903
*City* *State* *Zip Code*

401-528-4281
*Phone Number* *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.