# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

CR 05-84L

~~MC 93-05-01~~L

**July 15, 2005**

**TITLE: USA v. VICTOR OMATEHINSE**

**MAGISTRATE JUDGE: David L. Martin**

**COURTROOM CLERK: Martha Saucier**

---

**COUNSEL PRESENT:**

**Government: Stephen Dambruch**

**Defendant: Kevin Fitzgerald**

**Probation: Maureen Legault**

******************************************************************************

**Preliminary Probation Violation Hearing**

**All counsel of record present. Defendant present. Probation present. Court informs defendant of violations. Court informs defendant of his rights. Defendant waives violation hearing and admits to all violations. Government recommends nine months imprisonment. Defendant requests lowest sentence imposed. Court will recommend eight months imprisonment. Court to issue a Report and Recommendation.**