**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER:** 05-84L **DATE**: 9/13/05
**TITLE OF CASE:** US v. Omatehinse

**SENIOR JUDGE:** **Ronald R. Lagueux**

**COURTROOM CLERK:** **Barbara J. Gilfillan**
**COURT REPORTER:** **Anne Clayton**
**COURT INTERPRETER:** **n/a**
**PROBATION: Maureen Legault**

---

**COUNSEL PRESENT**

Government: Stephen Dambruch

Defendant: Kevin Fitzgerald

---

**PROCEEDINGS:** **Violation Sentencing**

Magistrate Judge Martin's R&R was not adopted; defendant sentenced to 4 months imprisonment with credit for time served; 3 years supervised release with conditions as follows: 1. Defendant can not apply for any lines of credit/credit cards without permission from the Probation office; 2. Defendant is to participate in a substance abuse and alcohol treatment program; 3. Defendant is to provide any financial information requested by the Probation Office; 4. Defendant shall pay the balance of his original fine ($2,660.00); 5. Defendant is to surrender to the US Immigration dept for deportation proceedings.